# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IVELIZ REYES,

    Plaintiff,

v.

MORGAN & MORGAN, P.A.,

    Defendants.

CASE NO.: 0:24-cv-60743-RS

## NOTICE OF SETTLEMENT

Defendant Morgan & Morgan, P.A., by and through its undersigned counsel, provides notice to the Court that this case has settled.

Respectfully submitted,

**FORDHARRISON LLP**

By: */s/ Luis A. Santos*
    Luis A. Santos, Esq.
    Florida Bar No. 0084647
    lsantos@fordharrison.com
    lwebber@fordharrison.com
    Viktoryia Johnson, Esq.
    Florida Bar No. 0125545
    vjohnson@fordharrison.com
    401 E. Jackson Street, Suite 2500
    Tampa, Florida  33602-5133
    Telephone:  (813) 261-7800
    Facsimile:   (813) 261-7899

    ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Noah E. Storch, Esq.
Lisa Kuhlman Tietig, Esq.
Richard Cellar Legal, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
noah@floridaovertimelawyer.com
lisa@floridaovertimelawyer.com

/s/ Luis A. Santos
Attorney

WSACTIVELLP:113328821.1